UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.: 3:13-CR-45-TAV-CCS-5 ) |
| CRYSTAL GAIL BARNES, | ) ) |
| Defendant. | ) |

## **MEMORANDUM OPINION AND ORDER**

This criminal case is before the Court on the defendant's motion for reduction of term of supervised release [Doc. 1603]. The government responded in opposition to the motion [Doc. 1624].

The defendant was convicted of conspiring to manufacture at least 50 grams of methamphetamine, in violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(A) [Doc. 1270]. The Court sentenced the defendant to 216 months' imprisonment followed by 10 years of supervised release [*Id.*]. In June 2016, this Court reduced defendant's sentence to 58 months' imprisonment, as permitted by 18 U.S.C. § 3582(c) and Guidelines Amendment 782 [Doc. 1573].

The defendant now asserts that a shorter term of supervised release would "better fit [her] new sentence" [Doc. 1603]. The defendant, however, has not identified any statutory authority for the relief requested. To the extent the defendant seeks relief pursuant to § 3582(c), U.S.S.G. § 1B1.10(a)(1) provides that § 3582(c) only authorizes a reduction in a term of imprisonment, not in a subsequent term of supervised release. To

the extent the defendant seeks relief under 18 U.S.C. § 3583(e)(1), which authorizes this Court to reduce or terminate supervised release under certain conditions, the defendant has not satisfied the prerequisite conditions for a modification of her term of supervised release.

Accordingly, because the defendant has not identified any statutory authority for the relief requested, her motion [Doc. 1603] is **DENIED**.

ENTER:

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE